IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:97cr210-WHA-03 |
| CEDRIC HOWARD | ) | |

**ORDER**

This case is before the court on the Defendant's Motion to Alter, Amend or Correct Clear Error in Judgment (Doc. #299), filed on June 24, 2008. The motion seeks to have the court set aside its order of June 16, 2008 (Doc. #298), in which the court denied the Defendant's Motion for Reduction of Sentence Based on Retroactive Guideline Amendment (Doc. #294) based on a finding that this case involved in excess of 4.5 kilograms of cocaine base and, therefore, was not covered by the terms of 18 U.S.C. § 3582(c)(2). The court finds this motion to be well-taken, and it is due to be granted.

The court's order of June 16, 2008 was based on a misreading of the Judgment (Doc. #147), entered on August 13, 1998 by the trial judge, Hon. Emmett R. Cox. Upon receipt of the instant motion from Mr. Howard, the motion, together with the trial transcript and the Judgment were returned to the court's Retroactivity Screening Panel, which reviews and makes recommendations on motions for reductions such as this, for another review. That review, confirmed by the court, shows that at sentencing Judge Cox, in sustaining an objection to the Presentence Report, made specific findings "that the Defendant is responsible for not less than 500 grams of cocaine base as opposed to 5,460 grams." The error resulted from misreading that sentence in the Statement of Reasons of the Judgment, which carried over to an attached page

headed Additional Factual Findings, the concluding numerals and word "5,460 grams." The court is now satisfied that the Defendant is entitled to the reduction, and with apologies to both Mr. Howard and Judge Cox, it is hereby

ORDERED that the Motion to Alter, Amend or Correct Clear Error in Judgment (Doc. #299) is GRANTED, and this court's order of June 16, 2008 (Doc. #298) is VACATED and SET ASIDE.

A new order, granting the reduction in sentence to one in the middle of the amended guideline range, consistent with the original sentence being in the middle of the previous guideline range, will be entered forthwith.

DONE this 2nd day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE